UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.    No. 22−mj−30527

HASSAN YEHIA CHOKR,

    Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for Defendant, HASSAN YEHIA CHOKR, and states:

Defendant is charged in this case with 18 U.S.C. § 922(a)(6), Providing a False Statement During the Attempted Acquisition of a Firearm. Defendant is currently incarcerated at the Oakland County Jail in Pontiac, Michigan, in connection with a different case (Inmate ID #0442536), and is in the custody of the Oakland County Sheriff.

Defendant's arraignment has been scheduled for Tuesday, January 3, 2023, at 1:00 p.m. before the United States Magistrate Judge on Duty in Room 104 of the

Theodore Levin U.S. Courthouse.  A writ of habeas corpus ad prosequendum is necessary to secure Defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Oakland County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer to produce HASSAN YEHIA CHOKR before the judicial officer at the place and time stated above.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Frances.Carlson@usdoj.gov
313-226-9696

Date:  December 19, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

No. 22−mj−30527

v.

HASSAN YEHIA CHOKR,

    Defendant.

# ORDER

    Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered:    12/20/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

No. 22−mj−30527

HASSAN YEHIA CHOKR,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    The Oakland County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce Defendant, HASSAN YEHIA CHOKR, before the United States Magistrate Judge on Duty in Room 104 of the Theodore Levin U.S. Courthouse on Tuesday, January 3, 2023, at 1:00 p.m. for his arraignment; and you are also directed to return HASSAN YEHIA CHOKR to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

    KINIKIA D. ESSIX
    Clerk

By:    s/K. Brown
    Deputy Clerk

(Seal)