UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No: 2:22-mj-30527

Hon. Judge Jonathan Grey

HASSAN CHOKR,

          Defendant.

---

**EXHIBITS IN SUPPORT OF MEMORANDUM TO COURT AS TO CASELAW ON ISSUE OF 3142(f)(1)(E) AS IT RELATES TO THE CHARGE OF 922(a)(6): MAKING FALSE STATEMENTS IN THE ATTEMPTED ACQUISITION OF A FIREARM- WITH REQUEST FOR THE COURT TO ACCEPT PHYSICAL COPY**

    NOW COMES, Defendant, by and through his attorneys at Ayad Law, PLLC and hereby submits Exhibits in support of his of memorandum to court as to caselaw on issue of 3142(f)(1)(e) as it relates to the charge of 922(a)(6): making false statements in the attempted acquisition of a firearm.

    Due to the fact that AUSA has submitted above the requested information this Honor ordered, by submitting exhibits, this counsel felt it was compelled to submit its own exhibit in response to AUSA's exhibits. This Counsel requests that this Court accept a physical copy submitted via USB to the Court and to AUSA Frances.

Respectfully submitted,

Ayad Law, PLLC

*/s/Nabih H. Ayad* (P59518)
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
filing@ayadlawpllc.com

Dated: January 12, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed through the ECF system hand delivered the foregoing document and USB drive to the United States District Court for Eastern District of Michigan Southern Division for Judge Jonathan Grey, and to the Assistant United States Attorney's Office of Frances Carlson.

                                      Respectfully submitted,

                                      Ayad Law, PLLC

                                      */s/Nabih H. Ayad* (P59518)
                                      645 Griswold St., Ste 2202
                                      Detroit, MI 48226
                                      P: 313.983.4600
                                      F: 313.983.4665
Dated: January 12, 2023              filing@ayadlawpllc.com